Gary E. Jubber, Trustee (A1758)
Chapter 7 Trustee
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323

FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2011 OCT 31  PM 4: 17

DISTRICT OF UTAH JH

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Bankruptcy No. 10-35910 JTM |
|---|---|
| JOHN EVANS HAFEN AND LINDA KAY HAFEN, | Chapter 7 |
| Debtors. | **DEPOSIT OF FUNDS FOR SMALL CLAIMS** |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  The Trustee has filed his Final Report and has prepared the final distribution checks to creditors.

2.  The following creditors were to have received a 0.43% distribution on their claims. The distributions were less than $5.00; therefore, the Trustee is depositing the funds into the unclaimed funds registry.

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 2 | Express Recovery Services, Inc.<br>PO Box 26415<br>Salt Lake City, UT 84126-0415 | $2.43 |
| 3 | Millcreek Imaging<br>c/o B-Line, LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111-9221 | $0.58 |

3

| Claim No. | Creditor/Address | Distribution |
|---|---|---|
| 4 | Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | $4.00 |
| 9 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $4.51 |
| 10 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | $2.45 |
| 13 | Intermountain Healthcare<br>PO Box 27808<br>Salt Lake City, UT 84127 | $1.51 |
| 14 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | $2.18 |
| 16 | American InfoSource LP as agent for<br>Merrick Bank<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | $2.82 |
| 18 | Worldwide Asset Purchasing II, LLC<br>c/o B-Line, LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111-9221 | $3.93 |

3. A check in the amount of $24.41 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this __31__ day of October, 2011.

_____
Gary E. Jubber, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2011, I served the foregoing Deposit of Funds for Small Claims upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

_____

4825-4427-6237, v. 1